IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated: Oct 07, 2021
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Arnold-Shaver, Julie – 1:18-cv-00066
Foster, William – 1:18-cv-01040
Iuculano, Michael – 1:17-cv-00836
Morgan, Glenn W – 1:18-cv-00918
Schreiner, Gunther – 1:17-cv-04173
Meyi, Tynisa – 1:17-cv-02762

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiffs and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiffs' claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

By: /s/ Christopher K. Johnston
LAW OFFICE OF CHRISTOPHER K JOHNSTON, LLC
Christopher K. Johnston
268 Ponce de Leon Ave., Suite 1020
San Juan, PR 600918
Tel: 415-744-1500
Fax: 844-644-1230
Email: kyle@masstortlaw.com

*Counsel for Plaintiffs*

Dated: October 6, 2021

By: /s/ Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: October 6, 2021